Utility Constructors, Inc. *v.* The Zoning Hearing Board of Sadsbury Township et al. Conneaut Lake Area Homeowners Association, Appellant.

Argued October 3, 1983, before President Judge CRUMLISH, JR. and Judges BARRY and BARBIERI, sitting as a panel of three.

*E. Max Weiss, Culbertson, Weiss, Schetroma and Schug,* for appellant.

*Paul D. Shafer, Jr.,* with him *Louis J. Stack, Shafer, Dornhaffer, Swick & Bailey,* for appellee.

OPINION BY JUDGE BARBIERI, February 28, 1984:

This is an appeal from an order of the Court of Common Pleas of Crawford County which sustained

an appeal from a denial of a special exception request which Utility Constructors, Inc., had filed with the Zoning Hearing Board of Sadsbury Township. We will affirm.

Since the Appellants raise here the same issues they raised below, and since we believe the court of common pleas correctly resolved these issues, we shall affirm on the basis of the able and comprehensive opinion of President Judge RICHARD THOMAS of the Court of Common Pleas of Crawford County in *Utility Constructors, Inc. v. Zoning Board of Sadsbury Township et al.*, 28 Pa. D. & C.3d 132 (1982).

ORDER

AND Now, February 28, 1984, the order of the Court of Common Pleas of Crawford County, at A.D. 1981—1119, dated August 4, 1982, is affirmed.